

FILED
CLERK, U.S. DISTRICT COURT

APR 1 7 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>MARTA SPERANTA STOICAN<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-02118-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for _____Friday, April 18,_____, _2025____, at ___2:00___ ☐a.m. /☒p.m. before the Honorable __Autumn D. Spaeth_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
        *(Other custodial officer)*

Dated: ____04/17/2025_____        _____
                                       Autumn D. Spaeth, U.S. Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                Page 1 of 1